106 A.3d 669

## PRESBYTERIAN CHURCH OF CHESTNUT HILL, Respondent

v.

## Rev. Dr. Sandra M. THOMAS, Petitioner.

Supreme Court of Pennsylvania.

Dec. 17, 2014.

314

*ORDER*

PER CURIAM.

AND NOW, this 17th day of December, 2014, the Emergency Motion to Seal the Record is hereby GRANTED and the Petition for Allowance of Appeal is **DENIED.**